JAMES PEARL, Plaintiff-Appellant, *v.* HIRAM F. PROBUS, Defendant-Appellee.

(No. 11949; )

Fourth District—September 10, 1973.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

Thomson & Mirza, of Bloomington, (James Walker, of counsel,) for appellant.

Gillespie, Burke & Gillespie, Professional Corporation, of Springfield, (Robert E. Gillespie, of counsel,) for appellee.